FILED

2014 JAN -6  PM 3: 00

CLERK U.S. DISTRICT COURT
CENTRAL DIST OF CALIF.
LOS ANGELES

BY:_____ ⟨a⟩

1  JUNJI SUZUKI (SBN 184738)
2  junji@marshallsuzuki.com
   MARSHALL SUZUKI LAW GROUP, LLP
3  150 Spear Street, Suite 725
4  San Francisco, CA 94105
   Telephone: (415) 618-0090
5  Facsimile: (415) 618-0190
6  Attorney for CA Co. Ltd.

7

8  ## UNITED STATES DISTRICT COURT

   ## CENTRAL DISTRICT COURT OF CALIFORNIA
9

10  IN RE DMCA SUBPOENA TO          )   Case No: 14-mc-661
11  FC2, INC.                        )
                                     )   **DECLARATION OF JUNJI SUZUKI**
12                                   )
                                     )                BY FAX
13  _____ )

14

15

16  I, Junji Suzuki, declare and testify as follows:

17       1.      I am an attorney duly licensed to practice law in the State of

18  California.  I represent CA Co. Ltd., a Japanese corporation, in the above-entitled

19  proceeding and as such, I am authorized and qualified to make this declaration

20  for and on its behalf, and I make this declaration for that reason.

21       2.      CA Co. Ltd. is seeking a subpoena pursuant to 17 U.S.C. § 512(h) to

22  obtain information sufficient to identify the persons infringing its copyrighted

23  works.

24       3.      The purpose for which this subpoena is sought is to obtain the

25  identity of the alleged infringers.   Such information will only be used for the

26  purpose of protecting rights under the Copyright Act (17 U.S.C. § 101, et seq.).

27       I declare under penalty of perjury under the laws of the United States of

28  America that the foregoing is true and correct.



PAID

JAN - 6 2014

Clerk, US District Court
COURT 4402

In re DMCA Subpoena to FC2, Inc.
Declaration of Junji Suzuki

1

2    Executed on December 18, 2013.

3

4

5    _____

6    Junji Suzuki
     Attorney for CA Co. Ltd.
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

In re DMCA Subpoena to FC2, Inc.
Declaration of Junji Suzuki